No. 191. ROESER & PENDLETON, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George Thompson, Jr.* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Joseph M. Jones* for respondent.

No. 140. BIRCKNER *v.* TILCH ET AL. October 13, 1941. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *Mr. Wm. J. O'Mahony* for petitioner.

No. 141. EASTMAN ET AL. *v.* UNITED STATES ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. W. A. Ackerman, Otto B. Rupp,* and *Alfred J. Schweppe* for petitioners. *Assistant Solicitor General Fahy* and *Assistant Attorney General Littell* for respondents.

No. 144. EWEN ET AL. *v.* PEORIA & EASTERN RAILWAY Co. October 13, 1941. Petition for writ of certiorari to the District Court of the United States for the Southern District of New York denied. *Mr. Charles S. Aronstam* for petitioners. *Messrs. Jacob Aronson* and *John Puryear* for respondent.

No. 145. BALABANOFF *v.* KELLOGG ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. H. Metson* for petitioner. *Mr. Guy C. Calden* for respondents.